William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: 405-235-1560
Facsimile: 405-239-2112
Email: wbf@federmanlaw.com
*Attorneys for Plaintiff Benjamin L. Padnos*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BENJAMIN L. PADNOS, Derivatively on Behalf of CHINA EDUCATION ALLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> XIQUN YU, ZIBING PAN, SUSAN LIU, CHANGQING WANG, JAMES HSU, LIANSHENG ZHANG, and YIZHAO ZHANG, <br><br> Defendants, <br><br> CHINA EDUCATION ALLIANCE, INC., a North Carolina Corporation, <br><br> Nominal Defendant. | Master File No. 2:11-CV-08973 CAS (JCx) <br><br> **NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT** <br><br> DATE:   August 13, 2012 <br> TIME:   10:00 a.m. <br> CTRM:  Courtroom 5, 2nd Floor <br> JUDGE: Christina A. Snyder |

PLEASE TAKE NOTICE that on August 13, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Benjamin L. Padnos ("Plaintiff") will appear before the Honorable Christina A. Snyder, District Court Judge, at the United States District Court for the Central District of California, 312 N. Spring Street, Courtroom 5, 2nd Floor, Los Angeles, California 90012, to move for an order granting preliminary approval of the Settlement set forth in the Stipulation of Settlement dated July 13, 2012 ("Stipulation" or "Settlement"), and filed contemporaneously herewith. The Stipulation resolves all shareholder derivative claims in the shareholder derivative action currently pending before this Court: Padnos v. Yu, et al., No. 2:11-cv-08973 CAS (JCx) (the "Action").

In support of this Motion, Plaintiff files herewith a Memorandum of Points and Authorities in Support of Preliminary Approval of Settlement, the Stipulation, the [Proposed] Order Granting Preliminary Approval of Settlement (attached hereto), the Declaration of William B. Federman in Support of Preliminary Approval of Settlement (the "Federman Decl."), and such additional evidence or argument as may be required by the Court. By their signatures to the Stipulation, Plaintiff understands that all parties to the Action support the relief sought in this Motion.

Dated: July 16, 2012　　　　FEDERMAN & SHERWOOD

　　　　　　　　　　　　　　 /s/ William B. Federman
　　　　　　　　　　　　　　William B. Federman (admitted pro hac vice)
　　　　　　　　　　　　　　FEDERMAN & SHERWOOD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
Email:  wbf@federmanlaw.com

Byron T. Ball (SBN 150195)
THE BALL LAW FIRM, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Telephone:  310-446-6148
Facsimile:  310-441-5386
Email: btb@balllawllp.com

*Attorneys for Plaintiff Benjamin L. Padnos*

**CERTIFICATE OF SERVICE**

I hereby certify that foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 16, 2012.

/s/ William B. Federman
William B. Federman